GREAT WESTERN SIERRA HOLDINGS, INC., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Great W. Sierra Holdings, Inc. v. Comm'r
Docket No. 15443-09
United States Tax Court
2012 U.S. Tax Ct. LEXIS 53; May 21, 2012, Decided
*53 For GREAT WESTERN SIERRA HOLDING, INC., Petitioner: STEVEN RAY MATHER, Kajan, Mather, & Barish, Beverly Hills, CA.
For COMMISSIONER OF INTERNAL REVENUE, Respondent: HALVOR R. MELOM, General Attorney, Los Angeles, California.
Robert A. Wherry, Jr., Judge.
Robert A. Wherry, Jr.
DECISION
Pursuant to the agreement of the parties in this case, it is
ORDERED AND DECIDED: That there are no deficiencies in income tax due from, nor overpayments due to, petitioner for the taxable years 2002 and 2003; and
That there are no penalties due from petitioner for the taxable years 2002 and 2003, under the provisions of I.R.C. § 6662 (a).
(Signed) Robert A. Wherry, Jr.
Judge
Entered: MAY 21, 2012
It is hereby stipulated that the Court may enter the foregoing decision in this case.
WILLIAM J. WILKINS
Chief Counsel
Internal Revenue Service